STATE OF NEW JERSEY v. ROBERT L. GILMORE.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ERIC TOULSON.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HENRY THOMPSON.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL SABB.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HENRY HAYES, JR.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MADISON.

May 28, 1987.

Petition for certification granted.